AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

James Lewis Atkins, Jr.

            Plaintiff,

V.

Kruse et al

**JUDGMENT IN A CIVIL CASE**

Case Number:  2:09-cv-01289-RCJ-GWF

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that this action is DISMISSED for failure to state a claim upon which relief can be granted.

| | |
|---|---|
| 6/25/2010 | /s/ Lance S. Wilson |
| Date | Clerk |
| | /s/ Sutawnee Duckro |
| | (By) Deputy Clerk |